**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1123

VENOLA M. JOHNSON,

Plaintiff - Appellant,

versus

LOUIS F. WOODRUFF,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (5:05-cv-00272-BR)

Submitted: June 22, 2006                    Decided: June 28, 2006

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Venola M. Johnson, Appellant Pro Se. Louis F. Woodruff, Appellee Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Venola M. Johnson appeals the district court's orders denying relief on her 42 U.S.C. § 1983 (2000) complaint and denying her motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the orders of the district court. <u>Johnson v. Woodruff</u>, No. 5:05-cv-00272-BR (E.D.N.C. Apr. 29 & July 7, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>